# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2026-0189

———————————————————

David Arthur Smith,

    Petitioner,

v.

The Sheriff of Jackson
County, Florida,

    Respondent.

———————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

January 26, 2026

Per Curiam.

    Denied.

Osterhaus, C.J., and Roberts and Bilbrey, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

David Arthur Smith, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.